**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: AIR CRASH NEAR CLARENCE CENTER, NEW YORK, ON FEBRUARY 12, 2009 | 09-md-2085<br><br>This Document Relates To:<br>ALL CASES |

**ORDER REGARDING PRODUCTION OF MATERIALS**

On April 5, 2011, Plaintiffs filed a Motion to Compel non-party Erie County, N.Y., to produce various documents, records, and photographs, as requested in subpoenas dated December 14, 2009. (Docket No. 643.) Neither Erie County, N.Y., nor any party opposes Plaintiffs' motion. Having reviewed Plaintiffs' motion and supporting papers, including the attached subpoenas, this Court finds that the motion should be granted.

IT HEREBY IS ORDERED, that Plaintiffs' Motion to Compel (Docket No. 643) is GRANTED.

FURTHER, that production by Erie County, N.Y., shall proceed as follows:

1. That Erie County, N.Y., shall produce the materials requested in the subpoenas within 30 days of the entry date of this order.

2. That Erie County, N.Y., shall produce the materials only once to:

   Hugh M. Russ, III
   Plaintiffs' Liaison Counsel
   Hodgson Russ LLP
   140 Pearl Street
   Buffalo, NY 14202

3. That Plaintiffs' Liaison Counsel shall make the produced materials available for inspection by all appropriate parties.

4. That all parties who receive access to the produced materials shall strictly abide by the provisions of the protective orders issued in this case.

FURTHER, that the Clerk of the Court shall send a copy of this Order to counsel for Erie County, N.Y., at the address listed below.

        Assistant County Attorney Gregory P. Kammer
        Erie County Attorney's Office
        95 Franklin Street, 16th Floor
        Buffalo, NY 14202

SO ORDERED.

Dated: May 2, 2011
      Buffalo, N.Y.

                                          /s/William M. Skretny
                                          WILLIAM M. SKRETNY
                                                Chief Judge
                                          United States District Court