**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

IN RE: AIR CRASH NEAR CLARENCE CENTER,
NEW YORK, ON FEBRUARY 12, 2009

**STIPULATION OF VOLUNTARY DISMISSAL**

**09-md-2085**

**This Document Relates To:**
**09-cv-174 (Wehle)**

---

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff and Defendants that the above-captioned action and any related cross claims, third-party claims or counter claims are hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure without interest or costs to any party.

Dated: 7th day of June, 2011

By: _____
A. Ilyas Akbari

*Attorneys for Plaintiff*

BAUM, HEDLUND, ARISTEI &
 GOLDMAN, P.C.
12100 Wilshire Boulevard, Suite 950
Los Angeles, CA 90025
Tel:   (310) 207-3233
Fax:   (310) 820-7444
iakbari@baumhedlundlaw.com

By: _____
    David J. Harrington

*Attorneys for Defendants Colgan Air, Inc. and Pinnacle Airlines Corp.*

**CONDON & FORSYTH LLP**
Times Square Tower
7 Times Square, 18th Floor
New York, NY 10036
Tel.:  (212) 894-6780
Fax:  (212) 370-4453
dharrington@condonlaw.com

By: _____
    L. Richard Musat

*Attorneys for Defendants Bombardier Aerospace Corp. and Bombardier Inc.*

**TREECE ALFREY MUSAT & BOSWORTH, P.C.**
Denver Place, South Tower
999 18th Street, Suite 1600
Denver, CO 80202
Tel.:  (303) 292-2700
Fax:  (303) 295-0414
lrmusat@tamblaw.com

By: _____
    Oliver Beiersdorf

*Attorneys for Defendant Continental Airlines, Inc.*

**REED SMITH LLP**
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Tel.:  (212) 521-5400
Fax:  (212) 521-5450
obeiersdorf@reedsmith.com

SO ORDERED:

_____ day of _____, 20___

_____
Hon. William M. Skretny,
United States District Judge

By: _____
    David J. Harrington

*Attorneys for Defendants Colgan Air, Inc. and Pinnacle Airlines Corp.*

**CONDON & FORSYTH LLP**
Times Square Tower
7 Times Square, 18th Floor
New York, NY 10036
Tel.:  (212) 894-6780
Fax:  (212) 370-4453
dharrington@condonlaw.com

By: _____
    L. Richard Musat

*Attorneys for Defendants Bombardier Aerospace Corp. and Bombardier Inc.*

**TREECE ALFREY MUSAT & BOSWORTH, P.C.**
Denver Place, South Tower
999 18th Street, Suite 1600
Denver, CO 80202
Tel.:  (303) 292-2700
Fax:  (303) 295-0414
lrmusat@tamblaw.com

By: _____
    Oliver Beiersdorf

*Attorneys for Defendant Continental Airlines, Inc.*

**REED SMITH LLP**
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Tel.:  (212) 521-5400
Fax:  (212) 521-5450
obeiersdorf@reedsmith.com


SO ORDERED:

_____ day of _____, 20___

_____
Hon. William M. Skretny,
United States District Judge